UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

| | | |
|---|---|---|
| MINERVA MACK, | : | Case No. 1:16-cv-07138-GHW |
| | : | |
| Plaintiff, | : | **Electronically Filed** |
| | : | |
| -against- | : | |
| | : | |
| VERIZON COMMUNICATIONS INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------------------

**DEFENDANT VERIZON COMMUNICATIONS INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Verizon Communications Inc. states as follows:

1. There is no parent corporation of Defendant Verizon Communications Inc.

2. There is no public company that owns 10% or more of the stock of Defendant Verizon Communications Inc.

By:   /s/ *Christina Joy F. Grese*
Christina Joy F. Grese
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Tel: (212) 692-1057
Fax: (212) 409-8602
Email: cjgrese@duanemorris.com

*Attorneys for Defendant*